UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

**ALDO A. PINA,**

      Debtor.
_____/

Case No. 18-15928-BKC-JKO
Chapter 7

### ***EX PARTE*** **MOTION FOR ENTRY OF AN ORDER TERMINATING SUSPENSION**

Maite L. Diaz ("Ms. Diaz"), by and through undersigned counsel, and pursuant to 11 U.S.C. § 105 and Fed. R. Civ. P. 60(b)(6), incorporated into this matter by Fed. R. Bankr. P. 9024 and Fed. R. Bankr. P. 8008(a)(3), respectfully requests the Court to enter an order ("Motion") terminating her suspension from practice before this Court [ECF No. 73] ("Suspension Order").

1. On February 5, 2020, the United States District Court for the Southern District of Florida entered an Order [ECF No. 129] ("Remand Order"), remanding Ms. Diaz's appeal to this Court, and dismissing with prejudice the appeal case.

2. Consistent with this Court's oral ruling, announced in open Court at a hearing held January 28, 2020 [transcript at ECF No. 128] and Order on Motion to Modify Suspension [ECF No. 127], Ms. Diaz requests this Court formalize its indicative ruling that the suspension in this Court has satisfied its intended punitive and deterrence functions; and, therefore, the term of the suspension in this Court is reduced from two years to six months, terminating the suspension in this Court effective February 1, 2020.

WHEREFORE, Ms. Diaz requests that the Court grant this Motion and grant such other relief as the Court deems appropriate.

Dated: February 6, 2020.

Respectfully submitted,

*/s/ Patricia A. Redmond*
Patricia A. Redmond, Florida Bar No. 303739
predmond@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
*Counsel for Ms. Diaz*

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being filed electronically via the Court's CM/ECF website on February 6, 2020. I further certify that the document will be served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those counsel or parties who are registered to receive NEF in this case.

 */s/ Patricia A. Redmond*
Patricia A. Redmond

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:

**ALDO A. PINA,**      **Case No. 18-15928-BKC-JKO**
                      Chapter 7

    Debtor.
_____/

### ORDER TERMINATING SUSPENSION

The matter comes before the Court upon the Motion for an Order Terminating Suspension, based upon this Court's indicative ruling and the District Court's Remand Order.  For the reasons detailed in this Court oral ruling stated in open court at a hearing held January 28, 2020 [transcript at ECF No. 128] and Order on Motion to Modify Suspension [ECF No. 127], Court finds that it now has jurisdiction to modify its Suspension Order [ECF No. 73].  Further, the Court finds that the suspension in this Court has satisfied its intended punitive and deterrence functions.  Therefore, it is

ORDERED that the Suspension Order at 37 [ECF No. 73] (suspending Ms. Diaz from practice "before this Court for a period of TWO YEARS commencing August 1, 2019) is modified to reduce the term of the suspension in this Court from "TWO YEARS" to "SIX MONTHS", which expired February 1, 2020, and the suspension in this Court is terminated effective immediately.

# # #

Submitted by and Copy to:

Patricia A. Redmond, Florida Bar No. 303739
predmond@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER**
 **ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3553