

**ORDERED in the Southern District of Florida on February 6, 2020.**

John K. Olson, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**

In re:

**ALDO A. PINA,**

      Debtor.
_____/

Case No. 18-15928-BKC-JKO
Chapter 7

**ORDER TERMINATING SUSPENSION**

The matter comes before the Court upon the Motion an Order Terminating Suspension, based upon this Court's indicative ruling and the District Court's Remand Order. For the reasons detailed in this Court oral ruling stated in open court at a hearing held January 28, 2020 [transcript at ECF No. 128] and Order on Motion to Modify Suspension [ECF No. 127], Court finds that it now has jurisdiction to modify its Suspension Order [ECF No. 73]. Further, the Court finds that the suspension in this Court has satisfied its intended punitive and deterrence functions. Therefore, it is

ORDERED that the Suspension Order at 37 [ECF No. 73] (suspending Ms. Diaz from practice "before this Court for a period of TWO YEARS commencing August 1, 2019) is modified to reduce the term of the suspension in this Court from "TWO YEARS" to "SIX MONTHS", which expired February 1, 2020, and the suspension in this Court is terminated effective immediately.

# # #

Submitted by and Copy to:

Patricia A. Redmond, Florida Bar No. 303739
predmond@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER**
 **ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3553